83 A.3d 408

**JP MORGAN CHASE BANK, N.A. As Trustee for the Registered Holders of ABFS Mortgage Loan Trust 2001–2, Mortgage Pass–Through Certificates Series 2001–2, Petitioners**

v.

**Marlene THROWER, Respondent.**

Supreme Court of Pennsylvania.

Jan. 3, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of January, 2014, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is VACATED, and the case is REMANDED to the Superior Court for it to consider Respondent's remaining issues. *See Beneficial Consumer Discount Co. v. Vukman,* 621 Pa. 192, 77 A.3d 547 (2013).